IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   12-cv-02101-WYD-BNB

JUDY GAMEZ,

　　　Plaintiff,

v.

ACCOUNT BROKERS OF LARIMER COUNTY, INC. A COLORADO CORPORATION,

　　　Defendant.

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal With Prejudice filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on October 1, 2012, it is

ORDERED that this case is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs.

Dated:  October 1, 2012

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ Wiley Y. Daniel
　　　　　　　　　　　　　　　　　Wiley Y. Daniel
　　　　　　　　　　　　　　　　　Chief United States District Judge